IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,

      Plaintiff,      ORDER

      v.      07-cr-104-bbc-1

VINCENT CORNER,

      Defendant.

---

A hearing on the probation office's petition for judicial review of Vincent Corner's supervised release was held on August 20, 2018 before U.S. District Court Judge Barbara B. Crabb. The government appeared by Assistant U.S. Attorney, Rita Rumbelow and defendant Arthur Corner was present in person and by counsel, Erica Bierma. Also present was U.S. Probation Officer Lisa Siegel.

At the outset of the hearing, counsel for both parties advised the court that they agreed that, despite defendant's positive urine specimens in 2017 and 2018, his failure to report for mandatory drug tests on 13 different occasions, his failure to maintain employment and his inaccurate statement to his supervising probation officer about his employment, he should have another chance to show that he could refrain from the use of illegal drugs, maintain employment and provide accurate information to his probation officer.

Because defendant Corner indicates that he is prepared to make a better effort to abide by the conditions of his release in the future, I will not revoke his supervised release at this time. However, defendant is advised that, in the future, any failure to abide by the conditions of his supervised release may lead to the revocation of his release and his return to prison.

Further, it is ordered that a hearing will be held on Wednesday, November 28, 2018, at 1:00 p.m., to consider whether defendant is abiding by the conditions of his supervised release.

Entered this 21st day of August, 2018.

BY THE COURT:

/s/

_____
BARBARA B. CRABB
District Judge